**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: August 31, 2007**

Charles M. Caldwell
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION - COLUMBUS

| | | |
|---|---|---|
| In Re: | * | Case No. 04-61570 |
| | | (Chapter 13) |
| **RANDOLPH L. RINER** | * | **Judge Barbara Sellers** |
| **LINDA C. RINER** | | |
| | * | **ORDER GRANTING** |
| Debtors. | | **APPROVAL OF** |
| | * | **DISTRIBUTION OF** |
| | | **SETTLEMENT PROCEEDS** |
| | * | **AND ATTORNEY FEES** |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

This matter is before the Court upon Debtor's Application For Approval of Settlement of Personal Injury Claim of Linda Riner and Compensation of Special Counsel filed herein on July 12, 2007.

The Court finds that service has been made in accordance with L.B.R. 9013-1 (a) and no objections or other responsive pleadings have been filed.

The Court hereby approves the distribution of the settlement proceeds as

follows:

It is hereby ORDERED that the settlement in the amount of $4,503.58 is approved. The Debtor shall pay their attorneys, Dyer, Garofalo, Mann & Schultz $1,499.69 for attorney fees. The Debtor shall pay Dyer, Garofalo, Mann & Schultz, $175.51 to cover advanced expenses. The sum of $2,828.38 shall be paid to Debtor as and for reasonable and necessary expenses.

**IT IS SO ORDERED.**


/s/ Randal A. Harvey
Randal A. Harvey #0030658
RANDAL A. HARVEY CO., LPA
9 West Water Street
Troy OH   45373
937- 335-3666/937-335-3550 (fax)
Attorney for Dyer, Garofalo, Mann & Schultz
rharvey@bizwoh.rr.com


CC:   Frank M. Pees, Chapter 13 Trustee, 130 E. Wilson Bridge Rd, Suite 200, Worthington OH 43085;
U.S. Trustee, 170 North High Street, Suite 200, Columbus OH 43215;
Randolph & Linda Riner, Debtors, 12-1/2 Lincoln Court, Delaware OH 43015;
Luther J. Mills, Attorney for Debtor, 61 N. Sandusky Street, Delaware OH 43015;
Randal A. Harvey, 9 West Water Street, Troy OH 45373.

# # #