UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
IN RE:
RANDOLPH L & LINDA C RINER                 Case No. 04-61570
12 1/2 LINCOLN CT                          SS#1-XXX-XX-9859
DELAWARE OH                                SS#2-XXX-XX-1342
         43015                             Judge CHARLES M. CALDWELL
```

### PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on July      22, 2004
The Plan was confirmed on September 23, 2004
The Case was concluded on October   30, 2007

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.                                        $ 10846.04

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED:    5.00  %

| NAME OF CREDITOR/ CREDITOR NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|
| AFNI/VERIZON 383235/0028 UNSECURED | 500.50 | 25.03 | .00 | .00 |
| ALEXANDRIA VANECK LPA 209804/0022 UNSECURED | 621.28 | 31.06 | .00 | .00 |
| ARROW FINANCIAL SERVICES 547415/0016 NOTICE ONLY | NOT FILED | .00 | .00 | .00 |
| ARROW FINANCIAL SERVICES 547415/0020 NOTICE ONLY | NOT FILED | .00 | .00 | .00 |
| CAPITAL ONE BANK 270370/0008 UNSECURED | 465.86 | 23.29 | .00 | .00 |
| CITIFINANCIAL 079369/0001 SECURED | 3375.00 | 3375.00 | 361.47 | .00 |
| CITIFINANCIAL 079369/2001 UNSECURED | 3068.06 | 153.40 | .00 | .00 |
| COLUMBIA GAS OF OHIO 482648/0009 UNSECURED | 702.71 | 35.14 | .00 | .00 |
| CREDITORS RIGHTS BANK 506772/0023 UNSECURED | NOT FILED | .00 | .00 | .00 |
| DELAWARE COUNTY BANK | NOT FILED | .00 | .00 | .00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
IN RE:
RANDOLPH L & LINDA C RINER                    Case No. 04-61570
12 1/2 LINCOLN CT                             SS#1-XXX-XX-9859
DELAWARE OH                                   SS#2-XXX-XX-1342
         43015                                Judge CHARLES M. CALDWELL
```

## PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

| NAME OF CREDITOR/ CREDITOR NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| 221719/0012 UNSECURED DIRECTV | NOT FILED | .00 | .00 | .00 |
| 115055/0013 UNSECURED ENCORE RECOVERY MANAGEMEN | NOT FILED | .00 | .00 | .00 |
| 603410/0029 NOTICE ONLY EXPRESS AUTO SALES | NOT FILED | .00 | .00 | .00 |
| 508614/0003 NOTICE ONLY FINANCIAL RECOVERY | NOT FILED | .00 | .00 | .00 |
| 261263/0007 NOTICE ONLY FIRST PREMIER BANK | NOT FILED | .00 | .00 | .00 |
| 122673/0015 UNSECURED GRADY MEMORIAL HOSPITAL | 4727.68 | 236.38 | .00 | .00 |
| 025929/0017 UNSECURED HORIZON ACCOUNT MANAGMENT | NOT FILED | .00 | .00 | .00 |
| 355647/0018 NOTICE ONLY IC SYSTEMS | NOT FILED | .00 | .00 | .00 |
| 330363/0031 NOTICE ONLY JCPENNEY CO | NOT FILED | .00 | .00 | .00 |
| 052767/0019 UNSECURED JEFFERSON CAPITAL | 949.70 | 47.49 | .00 | .00 |
| 048004/0010 UNSECURED MICHAEL N KAY | NOT FILED | .00 | .00 | .00 |
| 199881/0014 NOTICE ONLY MIDLAND CREDIT MANAGEMENT | NOT FILED | .00 | .00 | .00 |
| 083246/0011 NOTICE ONLY NEW CENTURY PHYSICIANS | NOT FILED | .00 | .00 | .00 |
| 614820/0021 UNSECURED NORTH MAIN MOTORS | 2755.00 | 2755.00 | 295.10 | .00 |
| 125279/0002 SECURED OFFICE OF THE US TRUSTEE | NOT FILED | .00 | .00 | .00 |
| 170170/0032 NOTICE ONLY PORTFOLIO RECOVERY ASSOCI | 411.32 | 20.57 | .00 | .00 |
| 098962/0006 UNSECURED RETINA GROUP | NOT FILED | .00 | .00 | .00 |

```
                   UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION


   IN RE:
   RANDOLPH L & LINDA C RINER              Case No. 04-61570
   12 1/2 LINCOLN CT                       SS#1-XXX-XX-9859
   DELAWARE OH                              SS#2-XXX-XX-1342
              43015                        Judge CHARLES M. CALDWELL

        PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
                           AND CASE HISTORY
```

| NAME OF CREDITOR/ CREDITOR NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| 428165/0026 UNSECURED RIVER VALLEY CO OP | NOT FILED | .00 | .00 | .00 |
| 111909/0024 UNSECURED SECURITY FIRST CAPITAL | 3238.59 | 161.93 | .00 | .00 |
| 172359/0005 UNSECURED SECURITY FIRST CAPITAL LI | NOT FILED | .00 | .00 | .00 |
| 321856/0004 SECURED SPIEGEL | NOT FILED | .00 | .00 | .00 |
| 338589/0025 UNSECURED UNITED COLLECTION BUREAU | NOT FILED | .00 | .00 | .00 |
| 496947/0027 NOTICE ONLY VERIZON COMMUNICATION | NOT FILED | .00 | .00 | .00 |
| 516625/0030 UNSECURED Debtor Refund to be issued upon the approval of the Final Report and Account | 1765.22 | 1765.22 | | |

```
                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION


     IN RE:
     RANDOLPH L & LINDA C RINER                  Case No. 04-61570
     12 1/2 LINCOLN CT                           SS#1-XXX-XX-9859
     DELAWARE OH                                 SS#2-XXX-XX-1342
                 43015                           Judge CHARLES M. CALDWELL

         PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
                              AND CASE HISTORY

  SUMMARY OF CLAIMS ALLOWED AND PAID:
  ALLOWED      6130.00        .00   14685.70         .00    1765.22    22580.92
  PRIN PD      6130.00        .00     734.29         .00    1765.22     8629.51
  INT PAID      656.57        .00        .00         .00        .00      656.57
                                                        TOTAL PAID:     9286.08
  _____

  OTHER DISBURSEMENT UNDER ORDER OF COURT:

  DEBTOR'S ATTORNEY                    NUMBER       ALLOWED         TOTAL PAID
  LUTHER J MILLS ESQ                   000285       1194.00           1194.00
  _____

  COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

       TRUSTEE'S % FEE       OTHER COSTS         NOTICE FEES        TOTAL PAID
            252.74                  .00              113.22            365.96
  _____


                                            /s/ Frank M. Pees
                                          _____
                                          FRANK M PEES TRUSTEE
                                          Chapter 13 Trustee
                                          130 E WILSON BRIDGE RD #200
                                          WORTHINGTON OH 43085
                                          (614) 436-6700
```

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

```
IN RE:
RANDOLPH L & LINDA C RINER              Case No. 04-61570
12 1/2 LINCOLN CT                       SS#1-XXX-XX-9859
DELAWARE OH                             SS#2-XXX-XX-1342
          43015                         Judge CHARLES M. CALDWELL
```

### CERTIFICATION AND OPPORTUNITY TO OBJECT

   The debtor having completed payments under the plan and
the Trustee having filed a Chapter 13 Trustee's Certification of
Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object
to the accounting to or to any part thereof they must file an objection
and a request for hearing within twenty(20) days of the service of this
Certification or the Court will close the estate and the Trustee and
the surety will be released on the Trustee's bond. Any objection
must set forth with specificity the facts on which the objection is based
and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can be Closed
will be filed witht the Court after all checks issued by the Trustee
have been paid. No notice will be given of the filing of the Final Report
as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank Pees, Chapter 13 Trustee, does hereby certify the estate has been
fully administered except for any uncleared checks issued by the Trustee
and that the attached is an accounting of all receipts and disbursements
made herein as of the date of the issuance of this Trustee's Certification
of Final Payment and Case History.

```
                              /s/ Frank M. Pees
                              _____
                              FRANK M PEES TRUSTEE
                              Chapter 13 Trustee
                              130 E WILSON BRIDGE RD #200
                              WORTHINGTON OH 43085
                              (614) 436-6700
```