UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re: Randolph L Riner
      Linda C Riner

Case No. 04-61570

Chapter 13 (Judge Caldwell)

SSN(S): xxx-xx-9859
          xxx-xx-1342

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: April 17, 2008

_____
Frank M. Pees
Chapter 13 Trustee

Name and Address

Randolph L Riner
Linda C Riner
12 ½ Lincoln Court
Delaware, OH     43015-0000

Amount

$1,765.22